UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:24-CV-00647-FL-RJ

| | |
|---|---|
| TIMOTHY WHITFIELD, | ) |
| Plaintiff, | ) |
| v. | ) |
| FRANK BISIGNANO,[1] Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER**

Court hereby awards Plaintiff $6,800.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood and mailed to his office at the Law Office of Arrowood and Hall, PLLC, P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This  5th  day of August 2025.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).